**Genevieve FAIR, Appellant,**

v.

**ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM,**
Appellee.

No. 06–4050.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 11, 2007.

Filed: Aug. 17, 2007.

Sheila F. Campbell, Little Rock, AR, for Plaintiff–Appellant.

Lori L. Freno, Attorney General's Office, Little Rock, AR, for Defendant–Appellee.

Before MURPHY, BEAM, and SHEPHERD, Circuit Judges.

---

**540**

[UNPUBLISHED]

PER CURIAM.

Genevieve Fair appeals the district court's [1] adverse grant of summary judgment and ultimate dismissal of her employment discrimination action against her former employer, the Arkansas Public Employees Retirement System. Having carefully reviewed the record and considered Fair's arguments, we find no basis for reversal. *Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review).[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.[3]

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

2. Because we, like the district court, determine that Fair fails on the merits of her employment claims, we need not address any issue concerning the timeliness of the discrete acts alleged in the EEOC filing.

3. Appellee's pending Motion to Strike is hereby denied.